LAW LIBRARY

NO. 30395

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 APR 19 PM 12: 46

FILED

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

RONALD HANSON and KATHY HANSON, Petitioners,

vs.

THE HONORABLE GARY W. B. CHANG, JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, and CLERK OF THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 09-1-1935)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the April 5, 2010 order denying the petition for a writ of mandamus and the papers in support,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, April 19, 2010.